Certificate Number: 15317-FLS-CC-034782900



15317-FLS-CC-034782900

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 17, 2020</u>, at <u>1:10</u> o'clock <u>PM PDT</u>, <u>Damian Stephens</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Southern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

| | | |
|---|---|---|
| Date:  <u>August 17, 2020</u> | By: | <u>/s/Glenn Crisostomo</u> |
| | Name: | <u>Glenn Crisostomo</u> |
| | Title: | <u>Counselor</u> |

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).